IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAWRENCE KELVIN LARSOSA, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 14-0334-KD-M |
| CYNTHIA STEWART, | : |
| Respondent. | : |

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 30th day of September 2014.

                                        s/ Kristi K. DuBose
                                        KRISTI K. DUBOSE
                                        UNITED STATES DISTRICT JUDGE